United States District Court
Southern District of Texas
**ENTERED**
May 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KENY LISSETH DIAZ-SANCHEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-185 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Petitioner Keny Lisseth Diaz-Sanchez seeks release from immigration custody via a Petition for Writ of Habeas Corpus (Doc. 1). In order to facilitate the Court's consideration of her Petition, it is:

**ORDERED** that by no later than May 27, 2026, Petitioner Keny Lisseth Diaz-Sanchez shall file a Statement indicating her current custodial status.

Signed on May 20, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge