United States District Court
Southern District of Texas
**ENTERED**
May 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KENY LISSETH DIAZ-SANCHEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-185 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner Keny Lisseth Diaz-Sanchez and Respondents have voluntarily dismissed all claims asserted in this action without prejudice. (Stipulation, Doc. 8)  The Stipulation dismisses Petitioner's causes of action without prejudice without court order.

The Clerk of Court is directed to close this matter.

Signed on May 26, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge